UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Crim. No. 18-10396-WGY |
| YOON KIM | ) ) ) | |

**DEFENDANT'S MOTION TO SEAL SENTENCING MEMORANDUM**

Defendant, Yoon Kim, hereby moves for leave to file his Sentencing Memorandum under seal. As grounds therefore, the defendant states that the sentencing memorandum refers to confidential medical information and references other material filed in the case against Taehee Kim, Docket No. 18-CR-10397-DPW.

WHEREFORE, Yoon Kim requests leave to file his sentencing memorandum under seal.

Respectfully Submitted,
**YOON KIM**,
by his attorney,

/s/ George F. Gormley
George F. Gormley, BBO #204140
GEORGE F. GORMLEY, P.C.
160 Old Derby Street, #456
Hingham, MA 02043
tel: (617) 268-2999
fax: (617) 268-2911
email: gfgormley@aol.com

Date:   June 23, 2020

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 23, 2020.

/s George F. Gormley
George F. Gormley

2